ELIJAH V. DAY et al. vs. EZRA BEACH, and another cause.

An appeal from taxation of costs should be made before the costs, *as taxed,* are paid and settled.

*Motion by plaintiff's attorney for retaxation of costs in each cause.*— An agreement was made between the respective parties to settle these causes, and one of these conditions was, to pay plaintiff's attorney his taxed costs therein. On the taxation before the taxing officer, it was objected that the costs of November circuit, 1844, should not not be allowed, for the reason that plaintiff's attorney served his note of issue on the clerk too late, and the causes were put at the foot of the calendar and not reached.

Plaintiff's attorney answered the objection by showing that although such was the fact, the clerk had agreed to put the causes in their place on the calendar, and informed the circuit judge he should have done so, if he had not accidentally left the notes of issue where they were not discovered by his clerk, who made the calendar, until it was finished. The circuit judge on motion of defendant refused to strike the causes from the calendar; and on plaintiff's motion refused to put them in their proper place, according to the dates. The taxing officer struck out the costs of the November circuit. Plaintiff's attorney moved for a retaxation or to be allowed the costs of November circuit. The defendants showed that after the taxation they paid and settled the costs, as taxed, with plaintiff's attorney, and it was then understood that it was a full and final settlement between them. Plaintiff's attorney at that time not having said anything about an appeal from the taxation of the costs.

P. CAGGER, *Plffs Counsel.*   J. B. LATHROP, *Plffs Atty.*
E. S. WARREN, *Defts Counsel.*   E. S. WARREN, *Defts Atty.*

BEARDSLEY, Justice.—Denied the motion on the ground that the costs were settled and paid previous to the appeal from taxation.